## FORM FOR USE IN APPLICATIONS
### FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

2005 AUG 16 A 8: 50

Willie Arthur Sullen
_____

**Name**

1D9276
_____

**Prison Number**

Eastering Correctional Facility
200 Wallace Drive, Clio, Ala. 36017
_____

**Place of Confinement**

United States District Court __Middle__     District of __Alabama__

Case No. __2:05cv 787 - F__

(To be supplied by Clerk of U. S. District Court)

Willie Arthur Sullen _____, PETITIONER

(Full name) (Include name under which you were convicted)

Warden Gwendoly Mosley _____, RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF __Alabama__

__Troy King__ _____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered. If petitioner is to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

### PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
### STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

. (1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury. Any false statement of a material
fact may serve as the basis for prosecution and conviction for perjury.
All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83,
the 8-1/2 x 11 inch paper size standard for use throughout the federal
judiciary and directed the elimination of the use of legal size paper. All
pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper,
otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief.  No citation of authorities need be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.  If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition.  If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies must be</u> mailed to the Clerk of the United States District Court whose address is
<u>              P. O. Box 711, Montgomery, Alabama  36101              </u>

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack   MAbile County Circuit Court

2. Date of judgment of conviction   2-5-81

3. Length of sentence  Life          Sentencing Judge  Elwood Hogan

4. Nature of offense or offenses for which you were convicted:
   First degree Assault

5. What was your plea?  (check one)
   (a) Not guilty  ( V )
   (b) Guilty      (  )
   (c) Nolo contendere  (  )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:   NA

6. Kind of trial: (Check one)
   (a) Jury ( ✓ )
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( ✓ )   No ( )

8. Did you appeal from the judgment of conviction? Yes ( ✓ )  No ( )

9. If you did appeal, answer the following:
   (a) Name of court Alabama Court of Criminal Appeal
   (b) Result AFFirmed
   (c) Date of result 11-24-81
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details: Petition For Certiorari denied. 1-24-82
   _____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes ( ✓ ) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court Mobile County Circuit Court
       (2) Nature of proceeding Error Coram Nobis
       (3) Grounds raised Prior Felonies used to enhance petitioner's
       Sentence. Was obtained by action of a grand Jury that
       was unconstitutionally selected and Impaneled.
       Ineffective assistance of counsel.
       _____

       (4) Did you receive an evidentiary hearing on your petition, application
       or motion? Yes ( ) No ( ✓ )
       (5) Result Denied
       (6) Date of result 4/29/83
    (b) As to any second petition, application or motion give the same infor-
       mation:
       (1) Name of court Mobile County Circuit Court
       (2) Nature of proceeding Temporary Rule 20
       (3) Grounds raised Ineffective assistance of counsel.
       _____
       _____
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application
       or motion? Yes ( ) No ( ✓ )
       (5) Result Denied
       (6) Date of result 12-4-87

(c) As to any third petition, application or motion, give the same information:

  (1) Name of Court _Mobile County Circuit Court_

  (2) Nature of proceeding _Temporary Rule 20_

  (3) Grounds raised _Racial discrimination in the grand Jury_
_That return the indictment of Prior felonies use to enhance_
_Petitioner's sentence to Life._
_Ineffective assistance of counsel._

  (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)

  (5) Result _Denied_

  (6) Date of result _2-1-91_

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

  (1) First petition, etc.     Yes (✓) No ( )

  (2) Second petition, etc.    Yes (✓) No ( )

  (3) Third petition, etc.     Yes (✓) No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _NA_

_____
_____
_____
_____
_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

  CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prose-cution to disclose to the defendant evidence favorable to the defen-dant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.  Ground one: Whether Petitioner's Sentence Was illegally Enhanced With illegal Prior Felonies.

Supporting FACTS (tell your story briefly without citing cases or law): Petitioner's Was Sentenced to life, With Prior Felonies that Were Obtained by a grand Jury that Was UNConstitutionally Selected and IMpaneled, As a result of The UNConstitutional Prior Convictions. Petitioner Was Sentence to life. Petitioner's Sentence Was imposed in violation of the United States Constitution. Petitioner is asking this Court to declare his conviction invalid, Because its in violation of the due process Clause of the Fourteenth amendment.

B.  Ground two: NA

Supporting FACTS (tell your story briefly without citing cases or law):

C.  Ground three: _____ NA _____

Supporting FACTS (tell your story <u>briefly</u>without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Ground four: _____ NA _____

Supporting FACTS (tell your story <u>briefly</u> without citing cases of law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously pre-sented in any other court, state or federal state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them:_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?  Yes ( )  No (✓)

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing_____
_____

(b) At arraignment and plea _____
_____

C.  Ground three:_____N A_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Ground four: _____N A_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases of law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously pre-sented in any other court, state or federal state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them:_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( )  No (✓)

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing_____
_____

(b) At arraignment and plea_____
_____

C. Ground three: _____ NA _____

Supporting FACTS (tell your story brieflywithout citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

D. Ground four: _____ NA _____

Supporting FACTS (tell your story briefly without citing cases of law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously pre-
sented in any other court, state or federal state briefly what grounds were
not so presented, and give your reasons for not presenting them:_____

_____
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, either state
or federal, as to the judgment under attack? Yes ( ) No ( ✓ )

15. Give the name and address, if known, of each attorney who represented you in
the following stages of the judgment attacked herein:
(a) At preliminary hearing_____
_____

(b) At arraignment and plea _____
_____