# United State District Court Middle District of Alabama

Willie Arthur Sullen
    Petitioner

vs

Warden Gwendolyn Mosley
Attorney General Troy King
    Respondent

Case No. 2:05cv787-F

## Motion for appointment of Counsel

Come Now the petitioner and would ask this Court to Appoint an attorney to represent petitioner in processing this Complaint in the Courts. petitioner is in the State penitentiary And does Not have any Money to retain an attorney Nor has his Station in life Changed Since he filled out a form requesting And attorney be appointed for him.

This petitioner would ask this honorable Court to appoint an Attorney to represent the petitioner in the district and Appeals Courts.

Pursuant to title 18. U.S.C. Section 3006A. and the following Support, the petitioner prays this honorable Court will appoint Counsel to represent him in the above action.

1. Powell v Alabama 287 U.S. 45. 77 L.Ed 158 53 S.ct 55. 84 ALR 527 (1932).
2. Stovall v Denno 388 U.S at 224; 227
3. Evitts v. Lucey. 469 U.S 387. 396 (1985).

4. Douglas V Calif. 372 U.S. 353, 355, 357 (1963)
5. Betts V Litscher 241 F 3d 594, 597 (7th Cir. 2001)
6. Martin V. Court of App. Calif. 528 U.S. 152, 160 (2000).
7. Tamalini V Stewart 249 F3d 895, 901 N 3 (9th Cir 2001)
8. U.S. V Arnold 106 F 3d 37 (3rd Cir. 1997)
9. Irwin V Kimmelman, Attorney General of New Jersey et al. Petitioner V. Neal Morrison 477 U.S. 365, 91 LEd 2d 305, 106 Sct. 2574.

Respectfully Submitted

Willie Arthur Sullen
Pro Se