IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE ARTHUR SULLEN, #109276, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-787-F |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for appointment of counsel filed by the petitioner (Court Doc. No. 3), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of August, 2005.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE